# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

United States of America,

Plaintiff(s),

v.

Antanacio Guzman,

Defendant(s).

Case No. 3:24-cv-50020
Judge Iain D. Johnston

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $        ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Motion denied per Memorandum Opinion and Order dated 5/6/2025. Judgment in favor of United States.

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☒ decided by Judge Iain D. Johnston on a motion to vacate, set aside, or correct sentence.

Date: 2/4/2026                              Thomas G. Bruton, Clerk of Court

                                            \s\Y. Pedroza, Deputy Clerk